FILED
CLERK, U.S. DISTRICT COURT

JAN 25 2012

CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION     BY DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br>PLAINTIFF<br>v.<br><br>JOSE VEGA-DIAZ<br><br>DEFENDANT(S). | CASE NUMBER<br><br>ED CR 12-00002-VAP-1<br><br>ORDER OF TEMPORARY DETENTION<br>PENDING HEARING PURSUANT<br>TO BAIL REFORM ACT |
|---|---|

Upon motion of ____A_____, IT IS ORDERED that a detention hearing is set for __Thursday, 2-02-12__, _____, at __11:00__ ☒ a.m. / ☐ p.m. before the Honorable __Sheri Pym_____, in Courtroom _____.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
_(Other custodial officer)_

Dated: __1-25-12__       _____
                          **SHERI PYM**
                          U.S. ~~District Judge~~/Magistrate Judge